**UNITED STATES of America, Plaintiff—Appellee,**

**v.**

**Jesus FERNANDEZ–ALVAREZ, Defendant—Appellant.**

**No. 05–50914.**

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 4, 2006.*

Filed Dec. 13, 2006.

Roger W. Haines, Jr., Esq., USSD—Office of the U.S. Attorney, San Diego, CA, for Plaintiff–Appellee.

Paul D. Turner, San Diego, CA, for Defendant–Appellant.

Jesus Fernandez–Alvarez, San Diego, CA, pro se.

Before: GOODWIN, LEAVY, and FISHER, Circuit Judges.

MEMORANDUM **

Jesus Fernandez–Alvarez appeals from his guilty-plea conviction and 70–month sentence for being a deported alien found in the United States, in violation of 8 U.S.C. § 1326.

Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Fernandez–Alvarez has filed a brief stating there are no grounds for relief, and a motion to withdraw as

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

counsel of record. Fernandez–Alvarez has filed a pro se supplemental brief. The government filed an answering brief to which Fernandez–Alvarez filed a reply brief.

Because our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 82–83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), indicates that Fernandez–Alvarez knowingly and voluntarily waived his right to appeal and was sentenced within the terms of the plea agreement, we enforce the waiver and dismiss the appeal. *See United States v. Nguyen,* 235 F.3d 1179, 1182 (9th Cir.2000) (stating that an appeal waiver is valid when it is entered knowingly and voluntarily).

Counsel's motion to withdraw is **GRANTED.**

The appeal is **DISMISSED.**

